**No. 39331.**—Protests 727927-G, etc., of Bergdorf & Goodman Co. et al. (New York).

Opinion by TILSON, J.   The record showed that certain items are similar to the merchandise involved in *United States v. International Clearing House* (24

C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.